UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                        CASE NO. 8:18-cr-142-T-35JSS

FRANK VINCENT MONTE and
KIMBERLEY SUE ANDERSON

## GOVERNMENT'S STATUS REPORT

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of March 28, 2018 (Doc. 11), the United States herein states as follows:

    1.    Brief summary of the case's status:

On March 27, 2018, a Grand Jury returned a fifteen count Indictment charging both defendants with conspiracy, offering or paying health care kickbacks, money laundering, and, in defendant Monte's case only, making false statements. The following day, the defendants were arraigned and each released on a signature bond. The case is currently set on the Court's September 2019 trial calendar. The Court indicated that in or around June 2019, it would set a date certain for the trial. The United States expects to file

an unopposed motion for a date certain for the trial to start on or after September 9, 2019.

    2.    Possibility of a plea agreement as to each defendant:

Both defendants have stated they intend to take this matter to trial. For purposes of the record, the United States has tendered a written plea agreement for each defendant and has done reverse proffers.

    3.    Number of days required for trial, for government's case-in-chief:

The government anticipates that its case-in-chief will take approximately 15 trial days (*excluding* jury selection, opening and closing statements and rebuttal).   The defense expects its case-in-chief will take at least five trial days.

    4.    Pending motions, dates on which they were filed, and whether they are ripe for determination:

The United States filed an unopposed motion for protection and for a date certain to commence the trial on or after September 16, 2019.   Doc. 88.

    5.    Potential speedy trial problems:

The defendants have waived speedy trial through December 2019, and the Court has found that the ends of justice justify a tolling of Speedy Trial through the September 2019 trial term.

The United States has consulted with counsel for the defendant herein and the parties agree to the above information.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   */s/ Amanda L. Riedel*
       Amanda L. Riedel
       Assistant United States Attorney
       United States Attorney No. 106
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6103
       Email: amanda.riedel@usdoj.gov

**U.S. v. Frank Monte, et al.**          Case No. 8:18-cr-142-T-35JSS

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard Escobar, Esquire
Lyann Goudie, Esquire
Bryant Camareno, Esquire

/s/ Amanda L. Riedel
Amanda L. Riedel
Assistant United States Attorney
United States Attorney No. 106
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
Email: amanda.riedel@usdoj.gov